CONRAD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. July 8, 1918.) No. 5108. In Error to the District Court of the United States for the District of Colorado. Boswell F. Reed and Robert W. Steele, Jr., both of Denver, Colo., for plaintiff in error. Harry B. Tedrow, U. S. Atty., of Boulder, Colo., for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

---

FAUER et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 28. In Error to the District Court of the United States for the Southern District of New York. Proceeding by the United States against Philip Fauer and others. From the judgment, defendants bring error. Affirmed. Charles H. Griffiths, of New York City (Raymond H. Sarfaty, of New York City, of counsel), for plaintiffs in error. Francis G. Caffey, U. S. Atty., of New York City (Ben. A. Matthews, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

FEDERAL TRADE COMMISSION v. NULOMOLINE CO. (Circuit Court of Appeals, Second Circuit. August 16, 1918.) Petition to vacate an interlocutory order of the Federal Trade Commission against the Nulomoline Company. Denied without prejudice. Leo Levy, of New York City (Louis Marshall, Sol. M. Stroock, and Edward F. Spitz, all of New York City, of counsel), for petitioner. Before WARD, ROGERS, and MANTON, Circuit Judges.

PER CURIAM. We regard this application as premature, and therefore it is denied without prejudice, as is also the motion for a stay for the same reason.